IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARIO GUZZO,<br><br>Plaintiff,<br><br>v.<br><br>SCHENKER, INC.,<br><br>Defendant. | Case No. 1:23-cv-01934 |

## JOINT STATUS REPORT

Plaintiff Mario Guzzo ("Guzzo") and Defendant Schenker, Inc. ("Schenker") hereby respectfully submit this Joint Status Report in accordance with the Court's February 6, 2024 Order (ECF No. 18):

1. On January 5, 2024, Schenker filed a Notice of Settlement and Unopposed Motion to Vacate Deadlines, which advised the Court that the parties had reached a settlement in principle. (*See* ECF No. 15).

2. On February 6, 2024, this Court entered an Order directing the parties to submit a joint status report on or before March 31, 2024 if the above-captioned matter was not dismissed.

3. The parties have fully executed the settlement agreement and are currently in the process of finalizing the payments due thereunder.

4. It is anticipated that the parties will be able to file a stipulation of dismissal by April 30, 2024.

5. Should there be any unexpected delay beyond April 30, 2024, the parties will file an additional joint status report at that time.

Date:  April 1, 2024                                    Respectfully submitted,

/s/ Derek William Cummings                       /s/ David J. Garraux
Derek William Cummings                            David J. Garraux (admitted *phv*)
Larry A. Weisberg                                       K&L Gates LLP
Michael J. Bradley                                       K&L Gates Center
Steve Todd Mahan, Jr.                                 210 Sixth Avenue
Weisberg Cummings, PC                            Pittsburgh, PA 15222
2704 Commerce Drive                                (412) 355-6500
Suite B                                                          david.garraux@klgates.com
Harrisburg, PA 17110
dcummings@weisbergcummings.com       Jonathan R. Vaitl
lweisberg@weisbergcummings.com         PA Bar No. 324164
mbradley@weisbergcummings.com          K&L Gates LLP
smahan@weisbergcummings.com             17 North Second Street, 18th Floor
                                                                        Harrisburg, PA 17101
*Counsel for Plaintiff Mario Guzzo*             (717) 231-4500
                                                                        jon.vaitl@klgates.com

                                                                        *Counsel for Defendant Schenker, Inc.*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the foregoing **JOINT STATUS REPORT** was served via the Court's electronic filing system on all those registered to receive service in this matter.

/s/ David J. Garraux
David J. Garraux

April 1, 2024